1045-14
1046-14

COA # 12-13-00041-CR          OFFENSE: 1

STYLE: Davina Wilson Moore v. The State of Texas          COUNTY: Smith

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 7th District Court

DATE: 05/30/2014          Publish: NO    TC CASE #:    007-1663-11

## IN THE COURT OF CRIMINAL APPEALS

1045-14
1046-14

STYLE: Davina Wilson Moore v. The State of Texas          CCA #:

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _Nov, 5 2014_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____APPELLANT'S_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: _PC    Feb, 11, 2015_

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00041-CR
PD-1045-14

2/11/2015
MOORE, DAVINA WILSON Tr. Ct. No. 007-1663-11

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *